IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACQUELYN ELLAINE BLOSSOM,

    Defendant.

Case No. 21-CR-352-JFH

## OPINION AND ORDER

Before the Court are a motion for leave to dismiss indictment and information filed by the United States of America ("Government") [Dkt. No. 81] and a motion in support of Government's motion to dismiss filed by Defendant Jacquelyn Ellaine Blossom ("Defendant") [Dkt. No. 83]. The parties request leave for the Government to dismiss the indictment [Dkt. No. 2] without prejudice and the information [Dkt. No. 53] with prejudice as to Defendant.

Under Fed. R. Crim. P. 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest." *United States v. Robertson*, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)). The Court concludes that dismissal of the charges against Defendant is not contrary to the public interest, nor is it for an improper purpose. The Government's motion to dismiss should be granted.

IT IS THEREFORE ORDERED that the Government's motion for leave to dismiss indictment and information [Dkt. No. 81] and Defendant's motion in support of Government's motion to dismiss [Dkt. No. 83] are GRANTED. The indictment [Dkt. No. 2] is dismissed without prejudice and the information [Dkt. No. 53] is dismissed with prejudice.

IT IS FURTHER ORDERED that Defendant Jacquelyn Ellaine Blossom is released.

Dated this 9th day of March 2023.

                                             _____
                                             JOHN F. HEIL, III
                                             UNITED STATES DISTRICT JUDGE